NUMBER 13-06-369-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
_______________________________________________ _

MARK RAY D/B/A PUERTO DE CAYA
AND BEN LISKA D/B/A LISKA VENTURES,                     Appellants,

v.
 
LA BARRETA CO.,                                                                      Appellee.
_____________________________________________ __ 

On appeal from the 105th District Court 
of Kenedy County, Texas.
_______________________________________________ __ 

MEMORANDUM OPINION
 
Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

          Appellants, MARK RAY D/B/A PUERTO DE CAYA AND BEN LISKA D/B/A LISKA
VENTURES, perfected an appeal from a judgment entered by the 105th District Court of
Kenedy County, Texas, in cause number 03-CV-052. After the cause was referred to
mediation, appellants filed a motion to dismiss. In the motion, appellants state that the
parties have reached an agreement to settle. Appellants request that the appeal be
dismissed.
          The Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants’ motion
to dismiss is granted. The appeal is hereby DISMISSED.
                                                                           PER CURIAM
 
Memorandum Opinion delivered and 
filed this the 28th day of September, 2006.